THE STATE, THE BOARD OF HEALTH OF THE TOWNSHIP OF
LYNDHURST, respondent,

*v.*

UNITED CORK COMPANIES, appellant.

[Decided January 10th, 1935.]

*Mr. Leo F. Reilly,* for the respondent.

*Messrs. McCarter & English,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons
stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *116 N. J. Eq. 4.*

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BO-
DINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HET-
FIELD, DEAR, WELLS, JJ.  12.

*For reversal*—None.